

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INDICTMENT FOR VIOLATIONS OF THE
FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 17-221 |
| v. | * | SECTION: SECT. J MAG. 3 |
| AMIN SULUKI<br>WILFREDO MORALES | * | VIOLATIONS: 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 846 |
| | * | |
| * * * | | SEALED |

The Grand Jury charges that:

## COUNT 1

Beginning on or about November 3, 2017 and continuing to on or about November 14, 2017, in the Eastern District of Louisiana and elsewhere, the defendants, **AMIN SULUKI** and **WILFREDO MORALES,** did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, to distribute and possess with the intent to distribute five (5) kilograms or more of cocaine hydrochloride, a Schedule II drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

```
___ Fee_____
___ Process___
 X  Dkid_____
___ CtRmDep__
___ Doc. No.__
```

## NOTICE OF DRUG FORFEITURE

1.  The allegation of Count 1 of this Indictment is re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.  As a result of the offense alleged in Count 1, the defendants, **AMIN SULUKI** and **WILFREDO MORALES**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this Indictment.

3.  If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendants:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

FOREPERSON

DUANE A. EVANS
ACTING UNITED STATES ATTORNEY

JEFFREY SANDMAN
Assistant United States Attorney

New Orleans, Louisiana
November 17, 2017

3

FORM OBD-34

No._____

# UNITED STATES DISTRICT COURT

Eastern **District of** Louisiana

Criminal **Division**

## THE UNITED STATES OF AMERICA

vs.

AMIN SULUKI
WILFREDO MORALES

# INDICTMENT

INDICTMENT FOR VIOLATION OF THE
FEDERAL CONTROLLED SUBSTANCES ACT

VIOLATIONS:   21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 846

Filed in open court this _____ day of _____ A.D. 2017.

_____
Clerk

Bail, $ _____

_____
Jeffrey Sandman, Assistant United States Attorney