PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ INFORMATION  ☑ INDICTMENT

**CASE NO.** 17-221 — SECT. J MAG. 3

**Matter Sealed:** ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding Indictment/Information  ☐ Defendant Added  ☐ Charges/Counts Added

**USA vs.**
**Defendant:** AMIN SULUKI
**Address:**

**Name of District Court, and/or Judge/Magistrate Location (City):**
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA
Divisional Office: EASTERN

**Name and Office of Person Furnishing Information on THIS FORM:** Donna V. Knight
☑ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

**Name of Asst. U.S. Attorney (if assigned):** Jeffrey Sandman

☐ Interpreter Required   Dialect: ____
**Birth Date:** 1981   ☑ Male ☐ Female   ☐ Alien (if applicable)
**Social Security Number:** XXX-XX-0821

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):** H.S.I.

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.
MAG. JUDGE CASE NO. 17-147

**Place of offense:** Jefferson Parish   County

### DEFENDANT

**Issue:** ☐ Warrant  ☑ Summons

**Location Status:**
Arrest Date 11/14/2017 or Date Transferred to Federal Custody ____
☑ Currently in Federal Custody
☐ Currently in State Custody  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

**Defense Counsel (if any):** Gary V. Schwabe, Jr.
☑ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

**Total # of Counts:** 1 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 21: 841(a)(1), 21:841(b)(1)(A), 21:846 | Conspire to possess with intent to distribute cocaine hydrochloride | 1 |