

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### SUPERSEDING BILL OF INFORMATION FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO: 17-221** |
| **v.** | * | **SECTION: "J"** |
| **AMIN SULUKI** | * | **VIOLATIONS:** 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B) |
| | * | 21 U.S.C. § 846 |

\*   \*   \*

The United States Attorney charges that:

### COUNT 1

**(Conspiracy to Possess With Intent to Distribute 500 Grams or More of Cocaine)**

Beginning on a date unknown, but no later than November 3, 2017, and continuing to on or about November 14, 2018, in the Eastern District of Louisiana and elsewhere, the defendant, **AMIN SULUKI**, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury to possess with the intent to distribute 500 grams or more of cocaine, a Schedule II drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B); all in violation of Title 21, United States Code, Section 846.

## NOTICE OF DRUG FORFEITURE

The allegations of Count One of this Superseding Bill of Information are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

As a result of the offenses charged in Count One, the defendant, **AMIN SULUKI**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count One of this Superseding Bill of Information.

If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Sections 853.

PETTER G. STRASSER
UNITED STATES ATTORNEY

_____
JEFFREY SANDMAN
Assistant United States Attorney

New Orleans, Louisiana
April 18, 2019

No. 17-221 "J"

# United States District Court
## FOR THE
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

AMIN SULUKI

SUPERSEDING BILL OF INFORMATION FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT

Violation(s): 21 USC § 841(a)(1)
21 USC § 841(b)(1)(B)
21 USC § 846

Filed _____, 20 19

_____, Clerk.

By _____, Deputy

JEFFREY SANDMAN
*Assistant United States Attorney*