UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 17-221** |
| **v.** | * | **SECTION: "J"** |
| **AMIN SULUKI** | * | |
| | * | |

* * *

## FACTUAL BASIS

Should this matter proceed to trial, the United States will prove defendant Amin SULUKI guilty beyond a reasonable doubt of knowingly and intentionally conspiring to possess with the intent to distribute 500 grams or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), all in violation of Title 21, United States Code, Section 846. The government would establish the following through credible testimony and the production of reliable evidence:

Homeland Security Investigations, New Orleans (HSI/NO), Financial and certified undercover (CUC) Operation Skymaster group received information from a confidential informant (CI) regarding an individual identified as Andres who is a member of a Drug Trafficking Organization (DTO) located in Colombia. Andres initiated conversations with the CI regarding drug trafficking into the United States. During these conversations, the CI informed Andres that he had a source of supply receiving cocaine via the port of New Orleans. Andres provided the CI with the phone number of his friend SULUKI, whom Andres had advised was attempting to purchase kilogram quantities of cocaine. SULUKI advised Andres and the CI that SULUKI was able to purchase only one kilogram of cocaine hydrochloride for $24,000.

Defendant *[initials]*
Def. Atty. *[initials]*
AUSA *[initials]*

SULUKI was told that any sale would require a purchase of at least five kilograms of cocaine hydrochloride. SULUKI indicated that he knew of an individual, Wilfredo MORALES, who would be interested in purchasing the other four kilograms of cocaine. The purchase price for each kilogram of cocaine was to be $24,000, for a total of $120,000. It was determined, however, that $10,000 of that total was due to Andres for his part in arranging the deal. SULUKI and MORALES were to bring $110,000 to the CI, and SULUKI was to send the remaining $10,000 to Andres upon completion of the deal. Andres had agreed, however, to waive SULUKI's portion of the $10,000 fee ($2,000) to help cover the costs of sending the rest of the money. On November 3, 2017, the CI placed a recorded call to SULUKI, and the two engaged in a coded conversation agreeing that SULUKI and MORALES would travel to New Orleans to purchase the cocaine.

On November 13, 2017, at about 5:21 p.m., HSI Agents identified SULUKI arriving at New Orleans International Airport with another male, later identified as Wilfredo MORALES. The men rented a car and drove to the Hilton New Orleans Riverside Hotel on Poydras Street in New Orleans. Later that evening, the CI met with SULUKI and MORALES at the Hilton to discuss the transaction that would occur the following day.

The next day, the CI called SULUKI, and the men agreed to meet at the Starbucks located at 4312 Veterans Memorial Boulevard, Metairie, Louisiana. Late morning, SULUKI and MORALES arrived at the Starbucks, and the CI led them on foot to a nearby undercover HSI vehicle, which the three then entered. Inside the car, the CI showed SULUKI and MORALES two kilograms of real cocaine that an HSI Undercover Agent (UC) had staged in the vehicle. Both SULUKI and MORALES touched and manipulated the two kilograms of actual cocaine while inside the vehicle, and they agreed to purchase the cocaine for the previously agreed upon price of $24,000 per kilo, with $110,000 going to the CI, and with

2

Defendant *[initials]*
Def. Atty. *[initials]*
AUSA *[initials]*

the understanding that Andres was due a $10,000 cut at the deal's completion, $2,000 of which Andres had agreed to permit SULUKI to keep for himself to defray the cost of sending the other $8,000.

SULUKI and MORALES left the area to retrieve the money, and HSI Agents continued surveillance as the men returned to their hotel briefly and drove back to Metairie, meeting in the parking lot of a Sears department store located at 4400 Veterans Memorial Boulevard, as directed by the CI. The CI and UC were awaiting SULUKI and MORALES's arrival. SULUKI and MORALES opened the trunk of their black Nissan and provided the CI with two manila envelopes containing cash, later determined to be $110,000. Following the receipt of the money, the CI led SULUKI and MORALES to the UC's vehicle where the UC opened the back and provided a bag containing five kilograms of sham cocaine. Following the transfer of the sham cocaine to SULUKI and MORALES, multiple HSI agents observing the transaction executed arrests on both SULUKI and MORALES.

*     *     *     *     *

At trial, the government would introduce, among other evidence: sham cocaine provided to SULUKI and MORALES; $110,000 payment provided by SULUKI ($22,000) and MORALES ($88,000); SULUKI's recorded conversation with the CI arranging the narcotics transaction; SULUKI's and MORALES's video-recorded conversation with CI at the Hilton Hotel and in the Starbucks parking lot; credible testimony of CI and UC regarding conversations with SULUKI and MORALES; and credible testimony of surveilling HSI Agents during and immediately preceding the purchase of the sham cocaine.

3



Defendant
Def. Atty.
AUSA

## Limited Nature of Factual Basis

This proffer of evidence is not intended to constitute a complete statement of all facts known by SULUKI or the government, but rather is a minimum statement of facts intended to prove the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for SULUKI's plea of guilty to the charged offense in Count 1 of the Superseding Bill of Information, and to stipulate that many of the acts took place within the Eastern District of Louisiana.

READ AND APPROVED:

_____ 4/18/19
JEFFREY SANDMAN
Assistant United States Attorneys

_____ 4-18-19
AMIN SULUKI
Defendant

_____ 4-18-19
GARY V. SCHWABE, JR.
Attorney for Defendant Amin Suluki

Defendant ___
Def. Atty ___
AUSA ___