Amin Suluki
Camden Forrest Way Riverdale, GA 30296
(336)512-7243
2strikedeals@gmail.com
November 11, 2022
Judge Carl J. Barbie
500 poydras Street
Courtroom C268
New Orleans, LA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED Nov 15 2022

CAROL L. MICHEL
CLERK



I am requesting for the court and/or government to terminate my term of supervised release, under Title 18, section 3583(eX1). My 4-year term of supervised release began on November 12, 2021. This month will be 12 months that i have been in full compliance with all areas of my supervision. I have minimal special conditions, yet I have complied with them all successfully. Notably, I have no conditions requiring any sort of additional programming or counseling, everything has been completed. I was convicted of Conspiracy to Possess with Intent to Distribute 500 Grams or More of Cocaine 21 U.S.C. 841(a)(1), 841(b)(1)(B), 846, and was sentenced to a term of 60 months to the custody of the Federal Bureau of Prisons with four years of supervised release to follow. As special conditions of supervised release, I was ordered to attend a cognitive behavioral therapeutic treatment program, an approved treatment program for drug and/or alcohol abuse, search and seizure, and employment requirements. Since the commencement of My supervised release, I have been compliant with the terms of my supervised release. I Have successfully completed substance abuse treatment, and Have submitted all negative urine analyses in the random drug screen reporting program. I Have maintained employment and do not have any non-compliance violations. My employment is my own business that i started 2 days after my release with $2,500 covid relief money, which a judge ruled inmates could receive. Ive made over $150,000 dollars in the time that i have been released. Thats more than i have ever done illegally and will never go back to that, Ever. I've traveled to Africa to Marry, With your permission, and am now living on my own as well as filed paperwork for my lovely wife to come join me here in the states.

   I Have been asked by my realestate coach Chris Jefferson( he's well known in the realestate space and also has an online presence ) to do a Youtube podcast with him so that i can share my story and quick success in the wholesale realestate space to inspire others like me to never give up. We are in the process of organizing that. You can reach out to him for verification (804 525-9400 . My family, friends, and community have seen the difference in me. Lastly, I have been able to reconnect with my daughter who lives with her mother in New Jersey. I had her with me for the past 2 summers, visit her often and proud to be able to pay for her private school every month.

Further, on February 16, 2012, the Honorable Robert Holmes Bell, Chair of the Committee on Criminal Law of the Judicial Conference, issued a memorandum to all United States District Court Judges encouraging them to grant early termination of supervised release in appropriate cases as an effort to reduce expenditures in the probation and pretrial services programs. Terminating "appropriate cases before they reach their full term saves resources and allows officers to focus on offenders who continue to pose the greatest risk of recidivism." Judge Bell's memorandum notes that supervision costs approximately $3,938 per year per case. Analysis by the Administrative Office of the Courts indicates that offenders who received early termination were "arrested less often, for less serious charges, and were sentenced to terms of imprisonment less often." Accordingly, "[f]rom a policy standpoint, it appears that the above criteria, when properly applied, does not jeopardize public safety." Id. Under the applicable Law- Section 3583(e)(1) of the United States Code authorize the court to terminate a defendant's term of supervision release at anytime after the expiration of one year of supervision if the Court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." No hearing is requested for this unopposed petition. The Court is often called upon to impose serious consequences for defendants who violate supervised release. I have completed all conditions required and I have gone above and beyond the requirements of my supervision. I have not only successfully reintegrated into society but have used my experience to make an impact on the members of my community as people in my realstate group and faith group often ask me to help them understand the business that i do. I am stable in terms of housing, family, and employment. I am in full compliance with all terms of supervision and I am free from all controlled 2 substances. I have no psychiatric issues. I am an ideal candidate for early termination of supervised release based on factors the Court must consider. Given my successful reintegration into society and my performance on supervised release, I respectfully requests that the Court order that my term of supervision be terminated under 18 U.S.C. $ 3583(e) and to support my request on early termination.

Respectfully Submitted,

Amin Suluki

Enclosure(s)

2

Honorable Judge Carl J. Barbier
500 poydras street
Room C356
New Orleans, LA 70130

Amin Suluki
1667 Camden forrest way
Riverdale, GA. 30296